IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CURTISS L. JEMISON,

    Plaintiff,

vs.                        CASE NO. 5:05cv154-RS

CANNADY, et al,

    Defendant.
_____/

## ORDER

Before the court is the Magistrate Judge's Report and Recommendation (Document 13). Plaintiff has not filed objections.

**IT IS ORDERED**:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is dismissed without prejudice because of plaintiff's failure to comply with an order of the court.

3. The clerk is directed to close the file.

ORDERED on March 23, 2006.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**